IT IS ORDERED

Date Entered on Docket: September 26, 2014

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**



_____

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW MEXICO

In Re:

**MARK JUSTIN DAHRLING** and
**MAURA LYNN DAHRLING**,

          Debtors.              **No. 13-12327 t7**

**PHILIP J. MONTOYA, Trustee**,

          Plaintiff,

v.                                                   Adv. No. **14-1082 t**

**MARK JUSTIN DAHRLING** and
**MAURA LYNN DAHRLING**,

          Defendants.

### STIPULATION OF DISMISSAL

THIS MATTER coming on for consideration on the stipulation of the parties, the Court

FINDING that it has jurisdiction over the subject matter and the parties, and that an Order Approving

Trustee's Compromise of Controversy has been entered in the underlying chapter seven proceeding

which provides, inter alia, for the dismissal of this proceeding, based upon resolution of other adversary proceedings and contested matters in the underlying case, and based upon certain representations made by the Debtors to the Trustee, which representations are a basis of the bargain of the Trustee's settlement,

IT IS NOW THEREFORE ORDERED that the above captioned adversary proceeding be, and the same hereby is, dismissed without prejudice.

###end of order###


Prepared and submitted by:
Moore, Berkson & Gandarilla, P.C.
Counsel for Plaintiff
s/ submitted electronically
George M. Moore
3800 Osuna Rd. NE, Ste. 2
Albuquerque, NM 87109
(505) 242-1218
Fax: 242-2836
mbglaw@swcp.com

Approved:
approved electronically
Michael K. Daniels, Esq.
Counsel for Debtors/Defendants Mark and Maura Dahrling
PO Box 1640
Albuquerque, NM 87103
(505) 246-9385
Fax: 246-9104

Approved:

approved electronically
Michael Allison
Co-counsel for Defendants Mark and Maura Dahrling
PO Box 25344
Albuquerque, NM 87125